```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ILIANA LOPEZ, on behalf of herself and all                 :
other similarly situated,                                  :
                                                           :
                              Plaintiff,                   :    23-CV-1005 (VSB)
                                                           :
                -against-                                  :    ORDER
                                                           :
Jan's Boutique, Inc.                                       :
                                                           :
                              Defendant.                   :
                                                           X
--------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 2, 2023, (Doc. 1), and filed an affidavit of service on February 15, 2023, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was March 2, 2023.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 4, 2023.  If Plaintiff fail to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 13, 2023
              New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge